UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE EASTMAN,

    Plaintiff,

v.

Case No. 18-cv-13138
Hon. Matthew F. Leitman

HARTFORD LIFE INSURANCE CO.,

    Defendant.

_____/

### ORDER (1) TERMINATING AS MOOT MOTION FOR EXTENSION OF TIME (ECF #8) AND (2) GRANTING UNOPPOSED MOTION TO PROCEED WITHOUT LOCAL COUNSEL (ECF #7)

In this action, Plaintiff Nicole Eastman alleges that Defendant Hartford Life Insurance Company failed to pay her certain long-term disability benefits. (*See* Compl., ECF #1.) On November 1, 2018, Hartford filed two motions with the Court. First, Hartford filed an unopposed motion to proceed without local counsel (the "Local Counsel Motion"). (*See* ECF #7.) Second, Hartford filed an unopposed motion for an extension of time to file an answer to the Complaint (the "Extension Motion"). (*See* ECF #8.)

Before the Court had an opportunity to rule on the Extension Motion, Hartford filed an Answer to the Complaint. (*See* ECF #9.) Accordingly, the Court deems the Answer properly filed and **TERMINATES** the Extension Motion as **MOOT**.

1

In addition, for all of the reasons stated in the Local Counsel Motion, the Court **GRANTS** that motion and will allow Hartford to proceed in this action without local counsel. The Court notes that Hartford's counsel Elizabeth Doolin has been a longstanding member of this Court in good standing and that Ms. Doolin has significant family ties to this judicial district. (*See* ECF #7 at Pg. ID 20-21.) If Ms. Doolin withdraws as counsel for Hartford at any point during this litigation, the Court may revisit its decision to allow Hartford to proceed without local counsel.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764