UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NICOLE EASTMAN,

    Plaintiff,                 Case No. 18-cv-13138
                                  Hon. Matthew F. Leitman

v.

HARTFORD LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41 filed by the parties at ECF #18, this case is DISMISSED with prejudice and without costs or fees.

**IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: December 19, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2019, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764